UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ERICA SANDLES o/b/o L.Q.H.,

    Plaintiff,

v.

                              Case No. 20-C-1208

ANDREW SAUL,
Commissioner for Social Security,

    Defendant.

---

## ORDER

Based upon Defendant's THIRD Motion for Extension of Time to File the Electronic Certified Administrative Record (eCAR), dated March 12, 2021;

**IT IS ORDERED** that Defendant be allowed to file the eCAR on or before April 12, 2021, for the reasons cited in the motion.

**IT IS FURTHER ORDERED** that Plaintiff's opening brief is due on May 24, 2021; Defendant's response brief is due July 6, 2021; and Plaintiff's reply brief is due July 21, 2021.

Dated at Green Bay, Wisconsin, this 15th day of March, 2021.

                        BY THE COURT:

                        s/ William C. Griesbach
                        WILLIAM C. GRIESBACH
                        United States District Judge